No. 01–1572. COOK COUNTY, ILLINOIS *v.* UNITED STATES EX REL. CHANDLER. C. A. 7th Cir. [Certiorari granted, *ante,*

p. 956.] Motion of the parties to dispense with printing the joint appendix granted.